JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARC MONTROY,<br><br>    Plaintiff,<br><br>vs.<br><br>CVS PHARMACY; and DOES 1 TO 20, inclusive,<br><br>    Defendants. | CASE NO.: 2:21-cv-09208-SVW(PVCx)<br>[Removal from Superior Court of California, Los Angeles, Case No.: 21STCV31977]<br><br>District Judge Stephen V. Wilson<br>Magistrate Judge Pedro V. Castillo<br><br>**ORDER RE JOINT STIPULATION TO REMAND REMOVED ACTION TO SUPERIOR COURT**<br><br>TRIAL DATE: June 7, 2022<br>ACTION FILED: August 30, 2021 |

IT IS HEREBY ORDERED that:

On May 18, 2022, the Parties to the above-referenced action filed a Joint Stipulation to Remand Removed Action to Superior Court. The Court having reviewed that stipulation orders as follows:

1. The Parties' stipulation is approved.
2. Central District of California Case No. 2:21-cv-09208-SVW(PVCx) is hereby REMANDED to Superior Court of the State of California, County of Los Angeles for all further proceedings;
3. Each party will bear their own attorneys' fees and costs, if any, with remand.

All previously set dates are vacated and off- calendar.

**IT IS SO ORDERED.**

Date: __May 19, 2022__

_____
HON. STEPHEN V. WILSON
United States District Judge